JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   Northampton County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Fulton County, GA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

David F. Dunn, Esquire
21 S. 9th St., Allentown, PA 18102; 610-439-1500

Attorneys *(If Known)*
Susan Simpson Brown, Esquire/Wendy H. Koch, Esquire
101 Greenwood Ave., Jenkintown Plaza, Suite 300
Jenkintown, PA 19046; 215-881-2280

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Plaintiffs seek insurance proceeds for alleged storm damage

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 75,751.59

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
/s/ Susan Simpson Brown

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. INC. FOR ITSELF AND FOR AND TO THE USE OF DAVID FENTON : : : : : Plaintiff, | : NO. |
| V. | : |
| LANDMARK AMERICAN INSURANCE COMPANY AND ENGLE MARTIN & ASSOCIATES : : : : : Defendants | : |

### ORDER FOR REMOVAL

AND NOW, this _____ day of _____, 2014, upon consideration of the Notice of Removal, it is hereby ORDERED and DECREED that the action captioned *Steven J. for Itself and For and to the Use of David Fenton v. Landmark American Insurance Company and Engle Martin & Associates*, filed in the Court of Common Pleas of Monroe County, Pennsylvania and captioned 944 CV 2014, be removed from the Court of Common Pleas of Monroe County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

_____

J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. INC. FOR ITSELF AND FOR AND TO THE USE OF DAVID FENTON | : : : : : |
| Plaintiff, | : NO. |
| V. | : : |
| LANDMARK AMERICAN INSURANCE COMPANY AND ENGLE MARTIN & ASSOCIATES | : : : : |
| Defendants | : |

### NOTICE OF REMOVAL

TO:  The Judges of the United States District Court
     For the Middle District of Pennsylvania

Please take notice that Defendants, Landmark American Insurance Company and Engle Martin & Associates by and through their counsel, Koch & DeMarco, P.C., pursuant to 28 U.S.C. §§1441 and 1446, respectfully request that this action captioned *Steven J. For Itself and For and to the Use of David Fenton v. Landmark American Insurance Company and Engle Martin & Associates*, filed in the Court of Common Pleas of Monroe County, and captioned therein as Civil Action No. 944 CV 2014, be removed from the Court of Common Pleas of Monroe County, Pennsylvania to the United States

District Court for the Middle District of Pennsylvania on the grounds set forth below.

## BACKGROUND

1. Steven J., Inc. for Itself and For and to the Use of David Fenton commenced this action alleging Breach of Contract, Fraud and Tortious Interference A copy of the Monroe County Complaint is attached hereto as Exhibit "A".

2. Defendant, Landmark American Insurance Company (hereinafter "Landmark") was served with the Complaint on February 27, 2014. A copy of the Monroe County dockets is attached hereto as Exhibit "B".

3. Defendant, Engle Martin & Associates, (hereinafter "Engle Martin") was served with the Complaint on February 25, 2014.

4. Less than thirty (30) days have passed since either Landmark or Engle Martin was served. Therefore, the removal is timely pursuant to 28 U.S.C. §§1446(b).

5. No answers or objections have yet been filed.

6. There are two Defendants in this lawsuit, and both file and consent to removal of this case to this court.

7. Plaintiff, Stephen J., Inc. is a Pennsylvania corporation whose office is at 4136 Nazareth Pike, Bethlehem, PA. *See* Exhibit A at paragraph 1.

2

8. Defendant, Landmark is incorporated in Oklahoma and has its principal place of business in Georgia.

9. Defendant, Engle Martin is incorporated in Georgia and has its principal place of business in Georgia.

10. Pursuant 28 U.S.C. 1332 (c) (1), a corporation shall be deemed to be a citizen of any state by which it has been incorporated and of the state where it has its principal place of business.

11. As set forth below, the plaintiffs are citizens of Pennsylvania, none of the defendants are citizens of Pennsylvania, and the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

12. Therefore, this Court has jurisdiction based upon diversity of citizenship of the parties hereto, pursuant to 28 U.S.C. §1332.

13. This Notice of Removal is being filed in the United States District Court for the Middle District of Pennsylvania, the District Court for the district and division within which the state court action is pending as required by 28 U.S.C. §§1446(a) and 1441(a).

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS BETWEEN PLAINTIFF AND DEFENDANT

14. Upon information and belief as verified by Plaintiff in its Complaint, Steven J. Inc. is a Pennsylvania corporation with its offices at 4136 Nazareth Pike, Bethlehem, PA 18020.

3

15. Plaintiff brings this lawsuit for itself and for the use of David Fenton, whose address is listed in the Complaint as 78 N. 4th Street, Bally, PA 19503.

16. Defendant, Landmark is an Oklahoma corporation with its principal place of business at 945 E. Paces Ferry Rd, Atlanta, Georgia.

17. Landmark is therefore a citizen of Oklahoma and Georgia for diversity purposes.

18. Defendant, Engle Martin is a Georgia corporation with its principal place of business at 5180 Rosewell Rd., Suite N100, Atlanta, Georgia.

19. Engle Martin is therefore a citizen of Georgia for diversity purposes.

20. There is complete diversity among the Plaintiff and the Defendants in this lawsuit.

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

21. The amount in controversy requirement is satisfied in this case.

22. In the Complaint, Plaintiff alleges that damages sustained were in the amount of $75, 751.59.

23. The amount in controversy is therefore greater than $75,000.

24. The amount in controversy requirement for jurisdiction of this Court has been satisfied.

WHEREFORE, Defendants, Landmark American Insurance Company and Engle Martin & Associates respectfully request removal of this case to the United States District Court for the Middle District of Pennsylvania, which is the district for the Monroe County Court of Common Pleas in which said action is pending and where the property for which insurance coverage is sought in this lawsuit is located and prays that the filing of this Notice of Removal with this Court and the filing of the Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Monroe County, shall effect the removal of said suit to the United States District Court for the Middle District of Pennsylvania.

KOCH & DeMARCO, P.C.

BY: /s/ Susan Simpson Brown
**WENDY H. KOCH**
**Atty. I.D. No.: 19503**
wkoch@kochdemarco.com

**SUSAN SIMPSON BROWN**
**Atty. I.D. No.: 31328**
sbrown@kochdemarco.com
**Attorneys for Defendants, Landmark American Insurance Company and Engle Martin & Associates**
101 Greenwood Avenue
Jenkintown Plaza, Suite 300
Jenkintown, PA 19046

DATED: March 13, 2014    (215) 881-2280; (215) 881-2200 (Fax)

## CERTIFICATION OF SERVICE

I, Susan Simpson Brown, hereby certify that a true and correct copy of the Notice of Removal was electronically filed with the Clerk of the Court using the CM/ECF System.

In addition, I hereby certify that a true and correct copy of Notice for Removal of was forwarded on by United States Mail, postage pre-paid, to all counsel listed below:

**COUNSEL FOR PLAINTIFF:**

David F. Dunn, Esquire
21 S. 9th Street
Allentown, PA 18102

/s/ Susan Simpson Brown

**Dated:** March 13, 2014