IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN J., INC.,** : | CIVIL ACTION NO. 1:14-CV-474 |
| **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| : | |
| **LANDMARK AMERICAN** : | |
| **INSURANCE COMPANY**, *et al*, : | |
| **Defendants** : | |

# **ORDER**

AND NOW, this 13th day of May, 2014, upon consideration of plaintiff's motion (Doc. 19) for leave to file an amended complaint, and it appearing that plaintiff has previously filed (Doc. 18) the amended complaint that is the subject of the motion, and it appearing that the court should freely grant leave when justice so requires, see FED. R. CIV. P. 15(a)(2), and upon further consideration of defendants' motion to dismiss (Doc. 7) filed on March 14, 2014, and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 19) for leave to file an amended complaint is GRANTED.

2. The court's order (Doc. 17) referring defendants' motion (Doc. 7) to dismiss to Chief Magistrate Judge Martin C. Carlson is VACATED.

3. Defendants' motion (Doc. 7) to dismiss the complaint is DENIED as moot without prejudice.

4. Defendants shall respond to the amended complaint (Doc. 18) in accordance with the Federal Rules of Civil Procedure.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania