IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN J. INC.**, for itself and for and to the use of David Fenton, : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **LANDMARK AMERICAN INSURANCE COMPANY**, : <br> : <br> **Defendant** : | CIVIL ACTION NO. 1:14-CV-0474 <br> <br> (Chief Judge Conner) |

# ORDER

AND NOW, this 22nd day of June, 2015, upon consideration of defendant's motion (Doc. 37) for summary judgment and motion (Doc. 44) to preclude the expert testimony of David Drake ("Drake"), and upon further consideration of defendant's motions *in limine* to preclude evidence of damages (Doc. 48), to preclude the expert testimony of Drake as to causation and damages (Doc. 50), and to preclude the trial testimony of David Fenton (Doc 51), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 44) to preclude the expert testimony of Drake is GRANTED to the extent that it seeks to exclude Drake's testimony as to the cause of the loss at issue in this action and DENIED as moot in all other respects.

2. Defendant's motion (Doc. 37) for summary judgment is GRANTED.

3. Defendant's motions (Docs. 48, 50, 51) *in limine* are DENIED as moot.

4. Judgment is ENTERED in favor of defendant and against plaintiff.

5.     The Clerk of Court is directed to CLOSE this case.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania